92 A.3d 808

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by LAFAYETTE AMBASSADOR BANK, Its Servicing Agent, Respondent

v.

Hristos G. DIMOU, also known as Chris G. Dimou, Petitioner.

Supreme Court of Pennsylvania.

May 29, 2014.

520

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, "Application to Withdraw Appeal Without Prejudice," which is treated as an Application for Relief, is GRANTED, and the Petition for Allowance of Appeal filed on January 22, 2014 is DISMISSED.